

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00832-CV

Maryvel **SUDAY**, Independent Executor of the
Estate of Olga Tamez de Suday, Deceased
Appellant

v.

Jesus Lozano **SUDAY**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3,625 CCL
Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the final decree of divorce is AFFIRMED.

SIGNED November 25, 2020.

Sandee Bryan Marion, Chief Justice